IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No.: 24-CR-73-JMC |
| v. | 40 U.S.C. § 5104(e)(2)(D) |
| | 40 U.S.C. § 5104(e)(2)(G) |
| **JONATHAN ANDREW HUMPHREYS,** | |
| Defendant. | |

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Jonathan Andrew Humphreys, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday,

November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7.  Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8.  On January 6, 2021, HUMPHREYS attended a rally at the National Mall in Washington, D.C. to protest the Congressional certification of the 2020 presidential election. He knew that Congress was in session that day for that purpose.

9.  That afternoon after attending the rally HUMPHREYS went to U.S. Capitol where thousands of people gathered outside of the west side of the Capitol building. Rioters broke through barricades to enter the Capitol grounds, then overran the police line. HUMPHREYS followed and continued forward until he reached the Upper West Terrace to the Capitol.

10. At approximately 2:23 pm, HUMPHREYS entered the U.S. Capitol building by jumping through a broken window next to the Senate Wing Doors on the ground floor of the building. When he entered the building, an alarm was blaring loudly. HUMPHREYS knew that he did not have lawful authority to enter the building.

11. HUMPHREYS marched through numerous areas of the Capitol building, including the Supreme Court Chamber Stairs, the Rotunda Bullfinch Door, and the Capitol Rotunda.

12. By approximately 2:30 pm, HUMPHREYS was at the hallway which leads directly to the Speaker of the House Office Suite. There he was at the front of a large group of rioters walking towards the Speaker of the House Suite. He continued down the hallway and entered a door leading to the Speaker's Balcony.

13. HUMPHREYS continued on to the Rotunda. At 3:07 pm he was directly in front of a line of police officers which had begun pushing the crowd out of the Rotunda. HUMPHREYS turned his back to them and he and others refused to move, which forced officers to push them back. At 3:09 pm, he moved away from the police officers and walked towards the exit of the Rotunda, leaving at 3:10 pm and exiting the building at approximately 3:17 pm.

14. HUMPHREYS's actions throughout his time in the Capitol building—including remaining in the building, walking through the Speaker's Suite, and refusing to leave the Rotunda when repeatedly ordered by officers—were knowingly and willfully disorderly and disruptive, and he acted with the intent to impede, disrupt, and disturb the orderly conduct of the Joint Session of Congress. Further, while he was inside the building, HUMPHREYS knowingly and willfully paraded around and demonstrated.

*Elements of the Offense*

15. The parties agree that Disorderly Conduct in a Capitol Building (40 U.S.C. § 5104(e)(2)(D)) requires the following elements:

    a. That the defendant engaged in disorderly or disruptive conduct in any of the United States Capitol Buildings or Grounds;

    b. That the defendant did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress; and,

    c. That the defendant acted willfully and knowingly.

16. The parties agree that Parading, Demonstrating, or Picketing in a Capitol Building (40 U.S.C. § 5104(e)(2)(G)) requires the following elements:

    a. That the defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings; and

    b. That the defendant acted willfully and knowingly.

*Defendant's Acknowledgments*

17. The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that he willfully and knowingly engaged in disorderly and disruptive conduct in the Capitol Building and grounds, and that he acted intending to impede, disrupt, and disturb the joint session of Congress on January 6, 2021. Further the defendant agrees that he knowingly and willfully paraded and demonstrated in the Capitol building that day.

18. The defendant admits that he is guilty of Disorderly Conduct in a Capitol Building under 40 U.S.C. § 5104(e)(2)(D), and Parading, Demonstrating, or Picketing in a Capitol Building under 40 U.S.C. § 5104(e)(2)(G).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: *s/ Joseph S. Smith, Jr.*
JOSEPH S.S SMITH, JR.
Assistant U.S. Attorney
CA Bar No. 200108
U.S. Attorney's Office
601 D Street N.W.
Washington, D.C. 20530
(619) 546-8299
Joseph.s.smith@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Jonathan Andrew Humphreys, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 10.14.2024

_____
Jonathan Andrew Humphreys
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 10/15/24

_____
Jessica Oliva/Lisa Muloma
Attorneys for Defendant